JAE K. PARK (SBN 234474)
jae.park@dentons.com
Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorney for Petitioner
HANON SYSTEMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Application of HANON SYSTEMS for an Order Pursuant to 28 U.S.C. § 1782 | **Case No.**<br><br>**EX PARTE APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |

1  Petitioner Hanon Systems, a South Korean entity, located at 95, Shinilseo-ro, Daedeok-si, Daejeon, Republic of Korea, applies *ex parte* for an order pursuant to 28 U.S.C. § 1782 granting Hanon Systems leave to serve a deposition and document subpoena for use in a legal proceedings in the Republic of Korea.

As further detailed in the accompanying memorandum of points and authorities, Hanon Systems seeks leave to serve a discovery subpoena on Jung Anna Bae ("JA Bae"). JA Bae is a person of interest in the legal proceeding in Korea related to her role in a conspiracy to defraud Hanon Systems of millions of dollars (US) in a real estate sale-and-leaseback transaction. JA Bae resides within this Court's jurisdiction, at 23760 Cahuilla Court, Corona, CA 92883.

This application is filed following an attempted meet and confer conference initiated by Hanon Systems pursuant to L.R. 7-19. Specifically, Hanon Systems provided notice of its intent to seek *ex parte* relief directly to JA Bae. Neither JA Bae nor anyone purporting to be her legal counsel responded.

This application will be made and based on this Ex Parte Application, the Memorandum of Points and Authorities and Declarations filed in support thereof, any evidence of which this Court may further take judicial notice prior to or at the hearing of this matter, and upon such oral or documentary evidence as may be presented at any hearing on this motion.

Dated: February 28, 2025

Respectfully submitted,

DENTONS US LLP

By:  /s/Jae K. Park
     Jae K. Park

Attorney for Petitioner
HANON SYSTEMS