JAE K. PARK (SBN 234474)
jae.park@dentons.com
Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: 213 623 9300
Facsimile: 213 623 9924

Attorneys for Petitioner
HANON SYSTEMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Application of HANON SYSTEMS for an Order Pursuant to 28 U.S.C. § 1782 | **Case No.**<br><br>**DECLARATION OF JAE K. PARK IN SUPPORT OF HANON SYSTEMS'S *EX PARTE APPLICATION* FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |

DECLARATION OF JAE K. PARK IN SUPPORT OF HANON SYSTEMS'S *EX PARTE* APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

-2-

I, Jae K. Park, declare as follows:

1. I am an attorney licensed to practice in this Court and all the courts of the State of California. I am a partner at the law firm of Dentons US LLP, counsel of record for Petitioner Hanon Systems in the above-captioned action. I make this Declaration in support of Hanon Systems's *ex parte* application for leave to serve a subpoena pursuant to 28. U.S.C. § 1782. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, could and would competently testify to such facts.

2. Hanon Systems has engaged Dentons US LLP to pursue discovery against Jung Anna Bae, a US resident living in Corona, California, to discover facts related to a fraudulent real-estate scheme in which Hanon Systems was a victim. Hanon Systems intends to use any evidence gathered under this application in criminal and civil legal proceedings in Korea.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an English translation of a criminal complaint filed by Hanon Systems with the Seoul Western District Prosecutor's Office, along with a Certificate of Translation.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an English translation of a Certificate of Registration for Residence Co-Living Co., Ltd. (Currently Valid Matters), along with a Certificate of Translation. This document identifies Jung A. Bae, a US national born on January 13, 1958, as the Corporate Director of Residence Co-Living Co., Ltd.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an English translation of a Certificate of Registration for Residence Co-Living Co., Ltd., along with a Certificate of Translation. This document is an update of Exhibit 2, reflecting the change in the status of the officers and directors of the company.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an English translation of the Real Estate Purchase and Sale Agreement between Hanon Systems and Residence Co-Living Co., Ltd., along with a Certificate of Translation.

Ms. Bae signed and sealed the Real Estate Purchase and Sale Agreement on behalf of Residence Co-Living Co., Ltd.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an English translation of the Lease Agreement between Hanon Systems and Residence Co-Living Co., Ltd., along with a Certificate of Translation. Ms. Bae also signed and sealed the Lease Agreement on behalf of Residence Co-Living Co., Ltd.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a LexisNexis SmartLinx Person Report for Ms. Jung Anna Bae, noting that her current address is 23760 Cahuilla Ct. 55, Corona, CA 92883. This has been her current address since September 2011. The report also notes that her reported date of birth is January, 1958, which is the same as the date of birth listed on Residence Co-Living Co., Ltd.'s Certificate of Registration.

9. Through this application, Hanon Systems seeks to obtain documents and testimony in Ms. Bae's possession regarding the facts of the fraudulent scheme orchestrated by Hanon Systems's former executive, Hyun-Soo Kim, her husband, Chul-Soo Bae, and others, including the formation of Residence Co-Living Co., Ltd., which was a party to a real estate transaction with Hanon Systems. Attached hereto as **Exhibit 7** is a draft subpoena Hanon Systems wishes to serve on Ms. Bae.

10. On February 27, 2025, I wrote a letter to Ms. Bae advising her of this *ex parte* application and delivered it to her home on the same day via messenger. Attached hereto as **Exhibit 11** is a true and correct copy of my letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on the 28th day of February at San Diego, California.

*/s/ Jae K. Park*
Jae K. Park