# EXHIBIT 1

| | |
|---|---|
| Crime | Violation of Act on the Aggravated Punishment, Etc., of Specific Economic Crimes (Breach of Trust) |
| Complainant | Hanon Systems Co., Ltd. |
| Accused | 1. Hyun-Soo Kim, 2. Chul-Soo Bae, 3. Jung A. Bae, 4. Chun-Hwa Lee |

# Complaint

Jan. 24, 2025

| | | |
|---|---|---|
| | Complainant | Hanon Systems Co., Ltd. |
| | Counsel | Kim & Chang |
| | | Attorney Seon Wook Lee |
| | | Attorney Dong Hyun Lee |

**To the attention of: Seoul Western District Prosecutor's Office**

KIM & CHANG
Kim & Chang

39, Sajik-ro 8-gil, Jongno-gu, Seoul (zip) 03170
Tel: 02-3703-1114          Fax: 02-737-0371
Direct    02-3703-4612 (Attorney Dong Hyun Lee)
          02-3703-8509 (Office Mgr. Seong Yun Jung)

E-mail: lawkim@kimchang.com
donghyun.lee@kimchang.com
zsyjung@kimchang.com

# Complaint

| | |
|---|---|
| Complainant | Hanon Systems Co., Ltd. |
| | 95, Sinilseo-ro, Daedeok-gu, Daejeon, [Korea] |
| | Representative Director Soo Il Lee |
| | |
| | Complainant's Counsel Kim & Chang |
| | Attorney Seon Wook Lee, Attorney Dong Hyun Lee |
| | 39, Sajik-ro 8-gil, Jongno-gu, Seoul (zip) 03170 |
| | |
| Accused | 1. Hyun-Soo Kim |
| | (Hangangro 2-ga, Raemian Yongsan The Central Apartment) 95, Hangang-daero, Yongsan-gu, Seoul |
| | |
| | 2. Chul-Soo Bae |
| | (Apgujeong-dong, Hyundai Apartment) 151, Apgujeong-ro, Gangnam-gu, Seoul |
| | |
| | 3. Jung A. Bae |
| | 23760 Cahuilla Court, Corona, CA 92883 |
| | |
| | 4. Chun-Hwa Lee |
| | 70, Daedeok-daero 1448beon-gil (Sinil-dong), Daedeok-gu, Daejeon, [Korea] |
| | |
| Crime | Violation of the Act on the Aggravated Punishment, Etc., of Specific Economic Crimes (Breach of Trust) |


KIM & CHANG
Kim & Chang

<h1 align="center">Facts of Complaint, Etc.</h1>

## I. Facts of Complaint

### 1. Facts of Premise

#### A. Status of the Parties

**Complainant Hanon Systems Co., Ltd**. (hereinafter referred to as "**Complainant Company**" or "**Hanon**"), founded in 1986, is a global automotive thermal energy solutions research and manufacturing company with approximately 23,000 employees and 58 production and research locations in 23 countries around the world.

**Accused Hyun-Soo Kim** has been working for the Complainant Company since May 9, 2016, as a senior vice president (SVP) and has held the position of Chief Human Resource Officer (CHRO) in charge of HR affairs and has been responsible for some of the general affairs of the Complainant Company, including property management.

**Accused Chul-Soo Bae** is the husband of Accused Hyun-Soo Kim and is the person who substantially operates Residence Co-Living Co, Ltd. which is the purchaser of the dormitory land and building at 1682-3, Sinil-dong, Daedeok-gu, Daejeon, Korea (hereinafter referred to as the "**Subject Dormitory**" or "**Daejeon Dormitory**"), and is listed as the sole Representative Director of Residence Co-Living Co, Ltd. from April 29, 2024 to the present.

**Accused Jung A. Bae** is the presumed wife of the brother of Accused Chul-Soo Bae, and was listed as the sole Representative Director (sole Inside Director) of Residence Co-Living Co., Ltd. from around April 17, 2023 to around April 29, 2024



**Accused Chun-Hwa Lee** is an employee of Orae Holdings Co., Ltd. who worked under the direction of Accused Chul-Soo Bae and was listed as an auditor of Residence Co-Living Co., Ltd. at the time of its establishment on or about April 17, 2023, and was charged with the working-level responsibilities for due diligence, and contract execution and performance in the purchase of the Subject Dormitory.

**Orae Holdings Co., Ltd.** is a family business of Accused Hyun-Soo Kim and Accused Chul-Soo Bae, which was established on or about October 28, 2004, and was engaged in real estate development and leasing, with Accused Chul-Soo Bae listed as the sole Representative Director since its establishment on or about October 28, 2004, and Accused Hyun-Soo Kim as an auditor since around March 30, 2007; and as a prospective buyer, it had been in contact with the sale broker, Colliers International Korea Co., Ltd. (hereinafter referred to as "**Colliers**") and the seller, Complainant Company, before submitting a letter of intent to purchase to Complainant Company in the name of Residence Co-Living Co., Ltd. on or about April 17, 2023.

**Residence Co-Living Co.., Ltd.** is a corporation established on April 17, 2023 by Accused Chul-Soo Bae or Accused Jung A. Bae for the sale and leaseback of the Subject Dormitory, and entered into a sale and leaseback agreement with the Complainant Company on April 24, 2023, and a settlement agreement regarding the payment of remodeling fees on June 28, 2023, respectively, Ltd. and Accused Chun-Hwa Lee, who was charged with the working-level responsibilities for the purchase of the Subject Dormitory, was listed as an auditor, respectively.

B.   **How the offense was committed**

As the Complainant Company's financial condition deteriorated due to sluggish operating results, the Complainant Company held a management meeting in or about February 2023. At the management

meeting, it was decided to sell the domestic unused assets held by the Complainant Company, namely (1) the Daejeon Dormitory, (2) the Cheonan Seonghwan Factory, and (3) the Cheonan Seonggeo Factory, and in the case of the Dormitory, the Complainant Company would lease it back from the buyer after the sale in order to provide housing for the Complainant Company's employees, and delegated the Accused Hyun-Soo Kim to oversee the sale of the three properties and the leasing of the Subject Dormitory.

Accused Hyun-Soo Kim, taking advantage of the opportunity to oversee the sale of assets located in Korea, including the Subject Dormitory, as described above, conspired with her husband, Accused Chul-Soo Bae, and her relative, Accused Jung A. Bae, to establish Residence Co-Living Co., Ltd. on or about April 17, 2023, with Jung A. Bae as the CEO, and to cause the Complainant Company to sell the Subject Dormitory to Residence Co-Living Co, Ltd, Ltd. on or about April 17, 2023, with Jung A. Bae as the representative, and to cause the Complainant Company to sell the Subject Dormitory to Residence Co-Living Co, Ltd. at a price significantly lower than the market price, and to lease it back from Residence Co-Living Co. Ltd. at a rent significantly higher than the prevailing market prices in the neighborhood (the "rent" refers to the sum of the monthly rent and management fee, excluding actually incurred expenses such as water, light and heating; the same is applicable hereunder as well unless otherwise stated), in order to cause the Complainant Company to suffer losses and Residence Co-Living Co. Ltd. to pocket gains.

2. **Facts of Crime**

While working as an executive in charge of human resources of the Complainant Company since around December 2014, Accused Hyun-Soo Kim, in or about February 2023, became responsible for overseeing the sale of assets located in Korea to reduce the Complainant Company's debt ratio, and thus had an occupational duty to determine the terms of sale and leaseback to maximize the financial benefit of the Complainant Company in the process of entering into the agreement to sell and leaseback assets and to comply with the lawful procedures established within the company in the process of performing such occupational duties.

Nevertheless, Accused Hyun-Soo Kim, in or about early April of 2023, at the Complainant Company's office located at 95, Sinilseo-ro, Daedeok-gu, Daejeon, [Korea], and elsewhere, in violation of the above-mentioned occupational duties, through an employee of the Complainant Company's general affairs team and others, she requested the respective relevant employees of Capital Appraisal Offices and Hangang Appraisal Corporation, which were entrusted with the appraisal of the Subject Dormitory, to "lower the appraisal amount to less than KRW 10 billion" and "lower it as much as possible", and accordingly, on or about April 11, 2023, received a written appraisal from Capital Appraisal Offices stating that the appraised value was KRW 9.56 billion, and on or about April 12, 2023, received a written appraisal from Hangang Appraisal Corporation stating that the appraised value was KRW 9.58 billion.

On or about April 10, 2023, Accused Hyun-Soo Kim received a report from Colliers, the sale manager, stating that it "calculated the buyer's profit rate based on a monthly rent of KRW 520,000 (including KRW 280,000 for rent, KRW 240,000 for management fee, plus a separate payment for water, light, and heating)" and forwarded it via email to Accused Chul-Soo Bae, the de facto counterparty to the transaction and her husband. In addition, on or about April 17, 2023, Accused Hyun-Soo Kim received a report from the Complainant Company's general affairs team stating that it would cost approximately KRW 1.97 billion to remodel the dormitory in Daejeon and forwarded it to Accused Chul-Soo Bae via email.

Accused Jung A. Bae was the Representative Director of Residence Co-Living Co, Ltd. which was established on or about April 17, 2023, and on the same day, Accused Chul-Soo Bae, on the basis of the materials provided by Accused Hyun-Soo Kim as described above, instructed Chun-Hwa Lee, an employee of Residence Co-Living Co, Ltd. to send a letter of purchase intent to the Complainant Company via Colliers, stating to the effect that Residence Co-Living "would like to purchase the Subject Dormitory with a purchase price of KRW 9 billion, but with a remodeling cost of KRW 2 billion funded by the Complainant Company, with an actual purchase price of KRW 7 billion, and leaseback 109 rooms of Building A to the Complainant Company for a period of three years at a monthly rent of KRW 540,000 per room (including monthly rent of KRW 300,000 and management fee of KRW 240,000, plus a separate payment for water, light and heating)."

On or about April 17, 2023, the Accused Hyun-Soo Kim, after receiving the letter of purchase intent from Residence Co-Living Co., Ltd. as described above, violated her occupational duties by not specifically consulting with the management of the Complainant Company, and then, in violation of her occupational duties, entered into a contract with Residence Co-Living Co., Ltd. stating that the nominal purchase price to be paid by Residence Co-Living Co., Ltd. was KRW 9.3 billion, but that the Complainant Company would pay a remodeling fee of KRW 2 billion, making the actual purchase price KRW 7.3 billion, and that after the sale, Residence Co-Living Co, Ltd. at a monthly rent of KRW 490,000 per room (including KRW 250,000 monthly rent and KRW 240,000 management fee, plus a separate payment for water, light and heating), which was significantly higher than the fair rent.

Subsequently, Accused Hyun-Soo Kim entered into a purchase and sale agreement on April 24, 2023, whereby the Complainant Company sold the dormitory to Residence Co-Living Co, Ltd. for KRW 9.3 billion; on the same day, the Complainant Company entered into a lease agreement to lease back 109 rooms in Building A for three years after the sale at a monthly rent of KRW 490,000 per room (including monthly rent of KRW 250,000 and management fee of KRW 240,000, plus a separate payment for water, light and heating), which was significantly higher than the fair rent; and on June 28, 2023, the Complainant Company entered into an agreement with Residence Co-Living Co, Ltd. to provide KRW 2 billion in the name of remodeling expenses, and fulfilled the agreement, respectively.

Furthermore, in concluding the contracts for the sale, lease, and payment of renovation fees for the Subject Dormitory, Accused Hyun-Soo Kim violated the procedures established by the Complainant Company by concealing the fact that she was dealing with a company run by her husband and failing to declare the conflicts of interest, failing to obtain prior approval from the Complainant Company's Financial Strategy Committee (FSC) or CEO, violating the regulation on final authorization in delegated decision-making, and failing to go through the approval process regarding the use of a certified seal to affix the seal on the above agreements.

Thereby, the Accused conspired, in violation of the occupational duties of Accused Hyun-Soo Kim, to cause the Complainant Company to suffer a damage in the **total amount of KRW 8 billion and 326.6 million and to cause Residence Co-Living Co., Ltd. to pocket an equivalent financial gain** - said total amount being the sum of (i) the difference between the objective value of the dormitory (KRW 15 billion and 127.92 million, the lowest of the values two large appraisal appraised the dormitory in December 2023) and the actual sale price (KRW 7.3 billion), which is KRW 7 billion and 827.92 million, and (ii) the difference between fair value of the rent for three years (KRW 1 billion and 424.08 in the aggregate for three years, which is the highest of the rent values of two large appraisal firms that appraised the property in or about December 2023) and the actual rent for three years (KRW 1 billion and 922.76 million), which is KRW 498.68 million.

## II. Applicable Law

The statute that apply to this case is as follows:

> [**Act on the Aggravated Punishment, Etc., of Specific Economic Crimes**]
> **Article 3 (Aggravated Punishment of Specific Property Crimes)**
> (1) Any person who commits crimes as prescribed in Article 347 (Fraud), Article 347(2) (Fraud by Use of Computer, Etc.), Article 350 (Extortion), Article 350(2) (Special Extortion), Article 351 (Habitual Crimes: limited to the habitual crimes set out in Articles 347, Article 347(2), Article 350, and Article 350(2)), **355 (Embezzlement· Breach of Trust)** or 356 (Occupational Embezzlement and Occupational Breach of Trust) of the Penal Code shall, if the value of the goods or profits on property which said person gains or has another person gain (hereinafter referred to as the "amount of profit") is five hundred million won (KRW 500 million) or more, be punished additionally as an aggravated punishment. shall, if the value of the goods or profits on property which he gains or has another person gain (hereinafter referred to as the "amount of profit") is five hundred million won or more, be subjected to an aggravated punishment, as follows:
>  (i) **If the amount of profit is five billion won (KRW 5 billion) or more, the person shall be punished by imprisonment for lifetime or not less than five years;**
>  (ii) **If the amount of profit is not less than five hundred million won (KRW 500 million) but less than five billion won (KRW 5 billion), the person shall be punished by imprisonment for a definite term of three or more years;**
> (2) In cases set forth in paragraph (1), **a fine equivalent to the amount of profit or less may be imposed concurrently.**



### III. Petition

This case began on July 25, 2023, when the Complainant Company's whistleblower hotline received an anonymous email stating that "Hyun-Soo Kim (senior vice president) made a lot of money from the sale of the dormitory." In response, the department of the Complainant Company and Hahn & Company Limited, the Complainant Company's parent company at the time, conducted an audit from around July 2023 to around February 2024 and confirmed the Facts of Complaint above.

**The detailed evidence will be described in a supplemental complaint opinion** to be submitted separately at a later date, and it is expected that the suspected charges against the Accused will be clearly identified through the evidentiary exhibits to be presented at that time, so we petition that the, who caused **approximately more than KRW 8.3 billion in damages to the Complainant Company** and a corresponding amount of profit through intentional occupational breach of trust, be severely punished. In addition, we would like to petition in earnest that you to promptly **arrest, detain** and **investigate** Accused Hyun-Soo Kim, as the nature of her crime in committing a breach of trust is very bad since she took the lead in committing a serious crime as mentioned above and has not admitted her wrongdoing or restored the damage.

Furthermore, this is a **matter** where the damages are large **and the interests of many related parties**, including not only the seller and the buyer, but also the seller's agent, the appraisers, the executives of the Complainant Company who led the sale, and the laborers of the Complainant Company who moved into the dormitory, **are legally and economically intertwined in a complex manner**. Therefore, we request that **your office of prosecution, which has the capacity to correctly understand and determine these complex circumstances, investigate this case directly.**



On another note, Accused Hyun-Soo Kim's actions are fortunately being revealed to some extent by the emails stored on the Complainant Company's server and the statements given by the relevant employees and executives. However, it is difficult for the Complainant Company to find out how Accused Chul-Soo Bae or Accused Jung A. Bae participated in the crimes in question and how much profits they gained from them. Therefore**, the Complainant Company earnestly petition you to conduct a thorough investigation of all the Accused, especially Accused Chul-Soo Bae and Accused Jung A. Bae, to clarify their complicity**.

## Attachments

1. Litigation Power of Attorney          1 copy
1. Certificate of Corporate Registration in Entirety          1 copy

※   Evidentiary exhibits will be submitted separately in a Supplemental Complaint Opinion.

Jan. 24, 2025

Complainant's Counsel

Kim & Chang

Attorney   Seon Wook
[*seal affixed*: Attorney Seon Wook Lee]

Attorney   Dong Hyun Lee
[*seal affixed*: Attorney Dong Hyun Lee]

**To the attention of: Seoul Western District Prosecutor's Office**          9/9



| | 39, Sajik-ro 8-gil, Jongno-gu, Seoul (zip) 03170 | |
|---|---|---|
| | Tel: 02-3703-1114     Fax: 02-737-0371 | E-mail: lawkim@kimchang.com |
| | Direct     02-3703-4612 (Attorney Dong Hyun Lee) | donghyun.lee@kimchang.com |
| | 02-3703-8509 (Office Mgr. Seong Yun Jung) | zsyjung@kimchang.com |

# Litigation Power of Attorney

| Case | Seoul Western District Prosecutor's Office<br>Violation of the Act on the Aggravated Punishment, Etc., of Specific Economic Crimes (Breach of Trust) |
|---|---|
| Parties | Complainant   Hanon Systems Co., Ltd.<br><br>Accused   Hyun-Soo Kim, Chul-Soo Bae, Jung A. Bae, Chun-Hwa Lee |

|  |  | Attorney Confirmation seal |
|---|---|---|
| I hereby appoint Attorneys **Seon Wook Lee**, and **Dong Hyun Lee** of **Kim & Chang** {39, Sajik-ro 8-gil (Naeja-dong), Jongno-gu, Seoul} as my litigation attorneys for the above-referenced case, and authorize them to exercise the powers set out below. | | [*seal affixed*: Attorney Seon Wook Lee] |

| **Authorized Powers** | 1. all litigation actions<br>1. file, suspend, or withdraw a criminal complaint (accusation), appeal, reappeal, motion to reopen, motion to adjudicate, or petition<br>1. re-appeal a court decision to deny a motion to adjudicate or withdraw the motion<br>1. make and respond to an opinion/comment on behalf of complainants (accusers), petitioners, and victims<br>1. submit evidence and reference materials, etc.<br>1. receive any decision or document from a court (including a prosecutor's office, police, or investigative agency), or get them issued<br>1. any act involving a settlement with the accused (petition respondents) and receipt of settlement money<br>1. appoint a subagent |
|---|---|

**Jan. 20, 2025**

Delegating Principal        Complainant   Hanon Systems Co., Ltd.

95, Sinilseo-ro, Daedeok-gu, Daejeon, [Korea]

Representative Director Soo Il Lee
  [*seal affixed*: Representative Director, Hanon Systems Co., Ltd.]

---

KIM & CHANG
Kim & Chang

39, Sajik-ro 8-gil, Jongno-gu, Seoul (zip) 03170
Tel: 02-3703-1114       Fax: 02-737-0371       E-mail: lawkim@kimchang.com

| Republic of Korea Court | **Certificate of Registration in Entirety (Currently Valid Matters)** <br> **[For Submission]** |
|---|---|

| Registry number | 005178 | | |
|---|---|---|---|
| Registration number | 134711-0002206 | | |
| **Company name** | Hanon Systems Co., Ltd. (Hanon Systems) | | Corrected July 24, 2015 |
| | | | Registered July 28, 2015 |
| **Main office** | 95, Sinilseo-ro (Sinil-dong), Daedeok-gu, Daejeon, [Korea] | | Street Address October 31, 2011 |
| | | | Registered July 9, 2013 |
| **How to post** | Notices of the Company shall be posted on the Company's Internet homepage (http://www.hanonsystems.com). However, if it is not possible to post the announcement on the Company's website due to computer failure or other unavoidable reasons, it shall be published in *The Maeil Business Newspaper*, a daily newspaper published in Seoul. | | Changed December 22, 2015 |
| | | | Registered December 24, 2015 |
| **Amount for 1 share** | KRW 100 | | Changed January 26, 2016 |
| | | | Registered January 28, 2016 |
| **Total number of shares to be issued** | 1,000,000,000 shares | | Changed December 22, 2015 |
| | | | Registered December 24, 2015 |

| The total number of shares outstanding and their classes and the number of each | Amount of capital stock | Date of change |
| | | Date of registration |
|---|---|---|
| Number of shares outstanding        678,762,552 shares | | Changed December 24, 2024 |
| Common Stock                         678,762,552 shares | KRW 67,876,255,200 | Registered December 24, 2024 |

| **Purpose** |
|---|
| 2. Imports, exports, and trade |
| 3. Any business or activity that is directly or indirectly related to, incidental to, or conducive to the accomplishment of the purposes of each of these paragraphs |
| 4. Manufacture, sale and supply of component systems for automobiles <br>    (subparagraph 1 deleted) <br>                                                     <Changed March 26, 1999        Registered April 2, 1999> |
| 5. Manufacture, sale and supply of components and systems for electromechanical apparatuses/machinery and other industrial applications <br>                                                     <Added March 20, 2007           Registered March 29, 2007> |

| **Directors and Officers** |
|---|
| Director Sung Joon Baek 600107-******* |
|     Inaugurated April 1, 2019              Registered April 5, 2019 |
|     Re-appointed March 26, 2020            Registered March 30, 2020 |
|     Re-appointed March 29, 2022            Registered April 12, 2022 |
| Audit Committee Member Sung Joon Baek 600107-******* |
|     Inaugurated April 1, 2019              Registered April 5, 2019 |
|     Re-appointed March 26, 2020            Registered March 30, 2020 |
|     Re-appointed March 29, 2022            Registered April 12, 2022 |
| Director Moo Sang Kim 580805-******* |

[Internet issuance] You can check for forgery or tampering by scanning the barcode at the bottom of the document with a scanner or by entering the **issuance confirmation number** in the **issuance confirmation menu** of the **Internet Registry (http://www.iros.go.kr)**. For checking it by entering the **issuance confirmation number**, you can do it up to five times within three months from the date of issuance.



Issuance No. 11505040149000402111005120082711050080Y1J1K1W0E6N1 1     Issuance Confirmation Number: 1784-AAYG-BPYC     Published: 01/24/2025

| Registry number | 005178 |
|---|---|
| Inaugurated March 29, 2021 | Registered April 12, 2021 |
| March 29, 2023 Re-appointed | Registered April 6, 2023 |
| March 28, 2024 Re-appointed | Registered April 12, 2024 |
| Other non-managing Director Jeong Ho Suh 690404-******* | |
| Inaugurated March 29, 2022 | Registered April 12, 2022 |
| Director Koo Kim 630201-******* | |
| Inaugurated April 1, 2022 | Registered April 12, 2022 |
| Re-appointed March 29, 2022 | Registered April 6, 2023 |
| March 28, 2024 Re-appointed | Registered April 12, 2024 |
| Audit Committee Member Koo Kim 630201-******* | |
| Inaugurated April 1, 2022 | Registered April 12, 2022 |
| Re-appointed March 29, 2022 | Registered April 6, 2023 |
| March 28, 2024 Re-appointed | Registered April 12, 2024 |
| Director Bo Hee Hur 640905-******* | |
| Inaugurated March 29, 2023 | Registered April 6, 2023 |
| Director Chan Seok Park 620104-******* | |
| Inaugurated March 28, 2024 | Registered April 12, 2024 |
| Audit Committee Member Chan Seok Park 620104-******* | |
| Inaugurated March 28, 2024 | Registered April 12, 2024 |
| Corporate Director Soo Il Lee 620426-******* | |
| Inaugurated January 3, 2025 | Registered January 16, 2025 |
| Corporate Director Jeong Ho Park 630514-******* | |
| Inaugurated January 3, 2025 | Registered January 16, 2025 |
| Other non-managing Director Jong Ho Park 640112-******* | |
| Inaugurated January 3, 2025 | Registered January 16, 2025 |
| Representative Director Soo Il Lee 620426-******* (Pangyo-dong, Pangyowon Maeul Apartment #1018-403) 73, Seopangyo-ro, Bundang-gu, Seongnam-si, Gyeonggi-do, [Korea] | |
| Inaugurated January 3, 2025 | Registered January 16, 2025 |

**Miscellaneous**

1. Name, address, and office of the title transfer agent

   Kookmin Bank Co., Ltd.

   9-1, Namdaemun-ro 2-ga, Jung-gu, Seoul

   Handled by: Securities Brokerage Department of Kookmin Bank

   24-3, Yeouido-dong, Yeongdeungpo-gu, Seoul, Korea

   Established May 17, 1996          Registered May 17, 1996

1. Mergers and acquisitions

   Merged with Climate Global LLC on the 2nd floor (Suite 234) of Miguntechnoworld (2-cha) Building, 533-1, Yongsan-dong, Yuseong-gu, Daejeon, [Korea].

   Registered November 6, 2013



Issuance No. 11505040149000402111005120082711050080Y1J1K1W0E6N1 1    Issuance Confirmation Number: 1784-AAYG-BPYC    Published: 01/24/2025

| Registry number | 005178 |
|---|---|

**Stock Purchase Option**

1. This paragraph means that stock options can be granted under certain circumstances.

   The Company may, by special resolution of the general meeting of shareholders, grant stock options to directors or employees of the Company within the range of fifteen hundredths (15/100) of the total number of issued shares. However, within the range of three hundredths (3/100) of the total number of issued shares, the Board of Directors may grant stock options to persons other than directors of the Company by resolution.

   If the stock options are granted by a resolution of the board of directors, the company must obtain the approval of the shareholders at the first general meeting convened after the grant. Stock options granted by resolution of the general meeting of shareholders or the board of directors may be performance-linked to management performance targets or market indices.

1. The shares to be issued upon the exercise of stock options (the shares that are used to calculate the difference between the exercise price of the stock options and the actual value of the shares, if the difference is to be paid in cash or treasury shares) shall be determined by a resolution of the general meeting of shareholders or the board of directors that grants stock options among the shares in Article 7 of the Articles of Incorporation.

1. Eligibility of the person to whom the stock option is granted

   Persons to be granted stock purchase option rights shall be those who have contributed or can contribute to the establishment, management, and/or technological innovation of the Company, but excluding persons falling under any of the following subparagraphs.

   (i) Shareholders holding at least ten hundredths (10/100) of the outstanding shares, excluding non-voting shares

   (ii) Person who exercises effective influence over major management decisions of the Company, including the appointment and removal of directors; and

   (iii) The spouse and immediate family of a person described in subparagraph (i) and subparagraph (ii)

1. The exercise period of the stock option

   Stock option rights may be exercised within a period of 15 years from the date two years have elapsed from the date of the resolution in paragraph 1, and within the period determined by resolution of the shareholders' meeting or the Board of Directors at the time of grant.

   A person who has been granted a stock option must remain in office for at least two years from the date of the resolution in Paragraph 1 to be eligible to exercise the stock option. However, if the person granted the stock option dies within two years from the date of the resolution in Paragraph 1 or resigns or retires from office for reasons not attributable to the person, the stock option may be exercised during the exercise period.

1. This paragraph means that the grant of stock options can be canceled by a resolution of the board of directors under certain circumstances

   The grant of a stock option may be canceled by resolution of the Board of Directors if one of the following subparagraphs is applicable:

   (i) The employee/director resigns or leaves the company for any reason specified in the stock option grant agreement after the stock option is granted to the person

   (ii) Such employee/director intentionally or negligently causes material damage to the Company.

   (iii) The Company is unable to exercise the stock option due to bankruptcy or dissolution of the Company.

   (iv) Any other reason for cancellation specified in the stock option grant agreement.

       Established December 22, 2015        Registered December 24, 2015

| **Date of company establishment** | March 11, 1986 |
|---|---|

**Reason for and date of creation of these registry records**

    Transferred and recorded from the previous register in accordance with the provisions of Article 2, Paragraph 1, of the Addenda to the Commercial Registration Processing Rules.

    Registered January 17, 2001

-- Remainder of page intentionally left blank ---



Issuance No. 1150504014900040211100512008271105008OY1J1K1W0E6N1 1    Issuance Confirmation Number: 1784-AAYG-BPYC    Published: 01/24/2025

| Registry number | 005178 |
|---|---|

Competent Registry Office: Daejeon District Court Registry Division /
Issuing Registry Office: Central Registration Information Management Center at the Administration Office of the Court
The fee of KRW1,000 is duly received.



It is certified that this certificate is true and correct as filed in the original Register records.
[However, omitted are the registered records relating to the branch offices· managers not specifically requested as well as the registered records no longer valid as of now].

January 24, 2025

Officer responsible for IT operations [*red seal affixed*: Officer responsible for IT operations].
Central Registration Information Management Center at the Administration Office of the Court

* The portions crossed out with a solid line are the canceled (or changed or revised) Register records.
* Certificate of registration can be printed out in color.

[Internet issuance] You can check for forgery or tampering by scanning the barcode at the bottom of the document with a scanner or by entering the **issuance confirmation number** in the **issuance confirmation menu** of the **Internet Registry (http://www.iros.go.kr).** For checking it by entering the **issuance confirmation number**, you can do it up to five times within three months from the date of issuance.



Issuance No. 11505040149000402111005120082711050080Y1J1K1W0E6N1 1    Issuance Confirmation No: 1784-AAYG-BPYC    Published: 01/24/2025

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California            )
                               )      S. S.
Los Angeles County             )

      I, Soomi Ko, the undersigned, declare that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated the document below from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare that the foregoing is true and correct.

**Description of Translated Documents**

Complaint re: Hanon Systems Co., Ltd.

Executed on February 18, 2025

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

KO & MARTIN Certified Interpreters and Translators www.komartin.com  (213) 999-7848