# EXHIBIT 2



# Certificate of Registration in Entirety (Currently Valid Matters)

| Registry number | 066568 |
|---|---|
| Registration number | 161511-0338909 |

| | | | . . |
|---|---|---|---|
| **Company name** | Residence Co-Living Co., Ltd. | | . . |
| **Main office** | 70, Daedeok-daero 1448beon-gil (Sinil-dong), Daedeok-gu, Daejeon, [Korea] | | . . |
| **How to post** | To be published in *The Aju Business Daily*, a daily newspaper published in Seoul. | | . . |

| | | . . |
|---|---|---|
| **Amount for 1 share**    KRW 5,000 | | . . |

| | | . . |
|---|---|---|
| **Total number of shares to be issued** | 2,000,000 shares | . . |

| The total number of shares outstanding and their classes and the number of each | | Amount of capital stock | Date of change |
|---|---|---|---|
| | | | Date of registration |
| Number of shares outstanding | 190,000 shares | | . . |
| Common Stock | 190,000 shares | KRW 950,000,000 | . . |

**For Viewing Only**

| **Purpose** |
|---|
| 1. Real estate leasing business |
| 1. Residential building leasing business |
| 1. Other real estate leasing business |
| 1. Real estate management business |
| 1. Residential real estate management business |
| 1. All businesses incidental to the above subparagraphs |

| **Directors and Officers** |
|---|
| Corporate Director Jung A. Bae, a US national Born on January 13, 1958 (Hangang-ro 2ga, Raemian Yongsan Apartment #A-2103) 95 Hangang-daero, Yongsan-gu, Seoul |
|     Inaugurated April 17, 2023      Registered April 17, 2023 |
| Auditor Chun-Hwa Lee 760124-******* |
|     Inaugurated April 17, 2023      Registered April 17, 2023 |

| **Date of company establishment** | April 17, 2023 |
|---|---|

| **Reason for and date of creation of these registry records** |
|---|
|     June 29, 2023 Relocation of the main office from 1111-4, Manghyang-ro, Ipjang-myeon, Seobuk-gu, Cheonan-si, Chungcheongnam-do, [Korea] |
|                          Registered July 5, 2023 |

-- Remainder of page intentionally left blank --

| Registry number | 066568 |
|---|---|

Competent Registry Office: Daejeon District Court Registry Division /
Issuing Registry Office: Central Registration Information Management Center at the Administration Office of the Court
The fee of KRW 700 is duly received.

For Viewing Only

* The portions crossed out with a solid line are the canceled (or changed or revised) Register records.
* Certificate of registration can be printed out in color.

* This certificate of registered matters is for viewing purposes only, so the printed certificate of registered matters has no legal effect.

**Viewed at 08:06:29 AM on July 26, 2023**              **2/2**

# CERTIFICATION OF TRANSLATION

## and

## DECLARATION

State of California           )
                             )      S. S.
Los Angeles County           )

       I, Soomi Ko, the undersigned, declare that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated the document below from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare that the foregoing is true and correct.

### **Description of Translated Documents**

Certificate of Registration in Entirety (Currently Valid Matters)
For Residence Co-Living Co., Ltd.

Executed on February 25, 2025

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages