# EXHIBIT 4

# [Real Estate Purchase and Sale Agreement]

April 24, 2023

[*Translator's note*: Two "piled-up" half seals are affixed on each page of this document.]

# Real Estate Purchase and Sale Agreement

**Hanon Systems Co., Ltd.** (hereinafter referred to as "Seller") and **Residence Co-Living Co., Ltd.** (hereinafter referred to as "Buyer") enter into a real estate purchase and sale agreement (hereinafter referred to as "this Agreement") for real estate property owned by Seller (hereinafter referred to as "Subject Property of Purchase and Sale") on the following terms and conditions.

### Article 1 [Subject Property of Purchase and Sale]
(1) The Subject Property of Purchase and Sale encompasses all of the land, buildings and appurtenances owned by Seller at the address in paragraph 2.
(2) Address: 1682-3, Sinil-dong, Daedeok-gu, Daejeon, [Korea] (Dormitory and Training Center)
(3) The specific description of the Subject Property of Purchase and Sale (land, its buildings, appurtenances, etc.) owned by the Seller are as set forth in <u>Appendix 1</u> (List of Subject Property of Purchase and Sale).

### Article 2 [Purchase Price and Payment Timing]
(1) The purchase price of the Subject Property of Purchase and Sale shall be 9.3 billion (KRW 9,300,000,000). The value of the land and building to be sold and purchased and the value-added tax on the building portion shall be determined as follows.

| Category | Transaction payout | Buildings surtax | Total |
|---|---|---|---|
| Land | KRW 7,514,400,000 | - | KRW 7,514,400,000 |
| Building | KRW 1,785,600,000 | USD 178,560,000 | KRW 1,964,160,000 |
| Total | KRW 9,300,000,000 | USD 178,560,000 | KRW 9,478,560,000 |

\* Land and building valuation are based on the percentage of each amount on the appraisal.

(2) Buyer shall pay Seller the purchase price in paragraph 1 as follows.

| Category | Amount | Payout Date | Note |
|---|---|---|---|
| Total purchase price | The total purchase price shall be KRW 9,300,000,000 (KRW 9,300,000,000) (plus separate VAT on the building). | | |
| Down payment (%) | KRW 200 million (KRW 200,000,000) | "Down payment date" | April 24, 2023 |
| Intermediate payment (%) | KRW 700 million (KRW 700,000,000) | "Intermediate Payment Date" | May 10, 2023 |
| Balance (%) | KRW 8.4 billion (KRW 8,400,000,000) | "Ownership Transfer Date" and "Closing Date" | June 2, 2023 |
| Building portion VAT | KRW 178,560,000 (KRW 178,560,000) | | |

(3) Seller agrees to enter into a lease for a portion of Building A (109 rooms) for a term of three (3) years commencing on the "Ownership Transfer Date" contemporaneously with the execution of this Agreement, and Buyer agrees thereto. Further, the terms of such lease shall be as follows and shall be on a per room basis.

| Lease object | Lease term | Security Deposit | Rent | General and administrative fees | Water, light, and heating charges (Electric utility, water, gas) |
|---|---|---|---|---|---|
| Portion of Building A – a total of 109 rooms | For 3 years from the Ownership Transfer Date | KRW 1,000,000 | KRW 250,000 /month | KRW 240,000 / month | Actual cost |

(4)  Buyer shall pay the purchase price in paragraph 2 to Seller's account below.

| Account Holder | Bank | Account number |
|---|---|---|
| Hanon Systems Co., Ltd. | Hana Bank | 373-890000-37905 |

(5)  If Buyer delays payment of the Purchase Price under this Article, Buyer shall pay to Seller as delay damages an amount calculated by applying a delay damages rate equal to fifteen (15) percent per annum based on the number of days the payment is delayed to the amount delayed.

**Section 3 [Transfer of Ownership, etc.]**
(1)  Upon receipt of the balance payment from the Buyer on the "Ownership Transfer Date", the Seller shall immediately deliver to the Buyer all documents necessary to register the transfer of title to the Subject Property of Purchase and Sale.
(2)  Upon receipt from Seller of the documents required for title transfer under paragraph 1, Buyer shall, at its own expense (including, but not limited to, acquisition tax, registration tax and legal fees), fulfill the title transfer procedure.

**Article 4 [Transaction Completion]**
The subject transaction will be completed upon the transfer of ownership of the Subject Property on June 2, 2023 (hereinafter referred to as the "Ownership Transfer Date") (hereinafter referred to as the "Purchase and Sale Closing Date").

**Article 5 [Settlement of Expenses and Income]**
(1)  "Except as otherwise provided in this Agreement, each party shall bear its own costs, including any taxes or similar charges imposed on each party under applicable law for transactions under this Agreement.
(2)  The settlement of all expenses such as utility bills and income such as rent, management fees, etc., related to the Subject Property of Purchase and Sale shall be based on the Ownership Transfer Date and shall be attributed to the Seller for expenses incurred up to the Ownership Transfer Date and to the Buyer for expenses incurred after the Ownership Transfer Date, but shall be finally settled on the Ownership Transfer Date in accordance with the provisions of paragraphs 3 and 4 below.
(3)  "The burdens and dues levied for a specific period of time, such as road use fees, environmental improvement levies, traffic inducement levies, etc., imposed on the Ownership Transfer Date, shall be borne by the Seller for those imposed before the Ownership Transfer Date, and by the Buyer for those imposed after the Ownership Transfer Date, based on the date of dues levied. However, the responsibility for payment of local taxes shall be borne by the taxpayer prescribed under the Local Tax Act.

April 24, 2023

**Seller**
Company name: Hanon Systems Co., Ltd.
Address: 95, Sinilseo-ro (Sinil-dong), Daedeok-gu, Daejeon, [Korea]
Corporate Registration Number: 134711-0002206
Representative Executive Officer: Min Seok Sung (seal)
　　　　　　[*seal affixed*: Representative Executive Officer, Hanon Systems Co. Ltd.]

**Buyer**
Company name: Residence Co-Living Co., Ltd.
Address: (Suite #1, 2nd Floor) 1111-4, Manghyang-ro, Seobuk-gu, Cheonan-si, Chungcheongnam-do, [Korea]
Corporate Registration Number: 161511-0338909
Representative Director: Jung A. Bae (seal)
　　　　　　[*seal affixed*: Representative Director, Residence Co-Living Co., Ltd.]

Appendix 1 (list of Subject Properties of Purchase and Sale)

[Land]

| Category | Contents |
|---|---|
| Parcel address | 1682-3, Shinil-dong, Daedeok-gu, Daejeon, [Korea] |
| Land type | Site for a building structure |
| Land area | 8,072.30 m$^2$ [86,890 sq. ft.] |
| Zone/District | Class 2 General Residential Zone |
| Primary use | Dormitory and education center |

[Buildings, etc.]

| Serial number | Location | Parcel street address | Structure | Layer | Purpose | Area (m$^{(2)}$) |
|---|---|---|---|---|---|---|
| Building 1-A | Shinil-dong, Daedeok-gu, Daejeon | 1682-3 | Reinforced concrete pitched slab roof | 1 Basement Floor 4 Floors Including the Ground Floor Above the Basement Floor | Electromechanical Rooms, Dormitory | 4,863.90 |
| Building 2-B | | | Reinforced concrete pitched slab roof | 4 Floors Including the Ground Floor | Dormitory, Education, Research, and Facilities | 3,890.52 |
| 3 - Attached | | | Semen brick masonry slab roofing | 1 Ground Floor | Security Office | 27.38 |
| 4 - Other | | | Lightweight steel frame marquee roofs | 1 Ground Floor | Bike Storage | 16.56 |
| 5 - Other | | | Lightweight steel frame marquee roofs | 1 Ground Floor | Bike Storage | 16.56 |
| 6 - Other | | | Lightweight steel frame marquee roofs | 1 Ground Floor | Bike Storage | 16.20 |
| Total | | | | | | 8,831.12 |

# CERTIFICATION OF TRANSLATION

## and

# DECLARATION

State of California        )
                           )     S. S.
Los Angeles County         )

      I, Soomi Ko, the undersigned, declare that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated the document below from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare that the foregoing is true and correct.

**Description of Translated Documents**

Real Estate Purchase and Sale Agreement and Lease Agreement
(Pages 1-3, 7, 8, 10, 23, and 24 only)

Executed on February 25, 2025

_____
Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages