# EXHIBIT 5

# Lease Agreement

| | |
|---|---|
| 1. Lease object | Part of Building A, 1682-3, Shinil-dong, Daedeok-gu, Daejeon, Korea (Floors 1-4, above-ground) |
| 2. Agreement term | June 2, 2023 - June 1, 2026 (3 years) |
| 3. Security deposit | KRW 109 million (KRW 109,000,000) |
| 4. Monthly rent | KRW 27,250,000 (KRW 27,250,000/plus separate VAT) |
| 5. Monthly management fee | KRW 26,160,000 (KRW 26,160,000/plus separate VAT) |
| 6. Security deposit and rent payment terms | Lessee will pay Lessor the full amount of the Lease Deposit on June 2, 2023, the date of execution of the lease. Rent is paid on the 10th of each month |
| 7. Management fee payment terms | Lessee shall pay the management fee to Lessor on the 10th day of each month, and individual usage fees such as electricity, water, and gas used by Lessee shall be charged by Lessor and borne by Lessee. |
| 8. Late payment rate | 15% per year |
| 9. Collateral estasblihed | ■ *Jeonse* lease rights    □ Lien    □ Right of pledge    □ Payment Guarantee    □ Warranty Insurance    □ Other (         ) |

In entering into the above agreement, the Lessor and the Lessee shall prepare two copies of the agreement, write their respective names and affix their respective seals thereupon, and keep one copy each to clearly attest to the content of the agreement.

Appendices: 1. General Terms and Conditions of the Agreement -- 1 copy
        2. Lease object indication and details -- 1 copy
        3. Certified register of the building/land, and the building/land book -- 1 copy

April 24, 2023.

| | | | | |
|---|---|---|---|---|
| Lessor | Address | 1111-4, Manghyang-ro, Ipjang-myeon, Seobuk-gu, Cheonan-si, Chungcheongnam-do, [Korea] | | |
| | Company name | Residence Co-Living Co., Ltd.. | Phone number | 010-4051-1958 |
| | Representative Director | Jung A. Bae (seal) [*seal affixed*: Representative Director, Residence Co-Living Co., Ltd.] | Business registration number | 497-86-02735 |
| Lessee | Address | 95, Shinilseo-ro, Daedeok-gu, Daejeon, Republic of Korea (Shinil-dong) | | |
| | Company name | Hanon Systems Co., Ltd. | Phone number | 042-930-6114 |
| | Representative Executive Officer | Min Seok Sung (SEAL) [*seal affixed*: Representative Executive Officer, Hanon Systems Co. Ltd.] | Business registration number | 306-81-24501 |

# Seal Certificate

Corporate Registration Number: 161511-0338909



[*seal affixed*: Representative Director, Residence Co-Living Co., Ltd.]

Company name: Residence Co-Living Co., Ltd.

Main office: 1111-4, Manghyang-ro, Ipjang-myeon, Seobuk-gu, Cheonan-si, Chungcheongnam-do, [Korea]

Inside Director Jung A. Bae, a US national

(Born on January 13, 1958)

Competent Registry Office: Cheonan Branch Registry Division, Daejeon District Court / Issuing Registry Office: Cheonan Support Registry Division, Daejeon District Court

We certify that this seal is the same as the seal on file with the registry office (registry bureau).

April 19, 2023

Central Registration Information Management Center at the Administration Office of the Court

Officer responsible for IT operations
[seal affixed: Officer responsible for IT operations]

The fee of KRW 1,000 is duly received.

1. **You can check for forgery or tampering** by scanning the barcode at the bottom of the document with a scanner or **by entering the issuance confirmation number in the issuance confirmation menu of the Internet Registry (http://www.iros.go.kr).**

2. If you apply for a text message service that notifies you of the issuance of a corporate seal certificate, **you can receive a text message, on your mobile phone, notifying you of the issuance**. (Available at national and internet registry offices)

2591268141401090114100352000291803l3ToM101A5C1J6Tl 5        Issuance Confirmation Number PAXJ-GGKI-TGW9

- 1/1 -




■ Enforcement Rules of the Act on Real Estate Transaction Reporting, etc. [Format in Appendix No. 5-2]

You can also apply in the Real Estate Transaction Management System (rtms.molit.go.kr).

# Residential Lease Agreement Declaration

(front)

※ Please read and complete the notes at the end of· and tick off √ where appropriate in [ ].

| Registration Number | Date received | Processing time | Immediately without delay |
|---|---|---|---|
| | | | |

**(1) Lessor**
- Full name (legal entity / organization name)
- Resident Registration No. (legal entity / foreign registration / unique number)
- Address (legal entity / organization location)
- Phone number
- Mobile phone number

**(2) Lessee**
- Full name (legal entity / organization name)
- Resident Registration No. (legal entity / foreign registration / unique number)
- Address (legal entity / organization location)
- Phone number
- Mobile phone number

**(3) Rental object status**

Type: Apartment [ ]   Townhouse [ ]   Multiplex [ ]   Single-family [ ]   Multi-family [ ]   "Officetel" [ ]   "Goshiwon" [ ]
Other residential [ ]

(4) Location (address)
Building name (                    )   Building   Floor   Room
(5) Leased area (㎡)            ㎡            Number of rooms (compartments)            Compartments

**Lease agreement specifics**

(6) New contracts [ ]
- Rent: Deposit — USD ; Monthly — USD
- Contract duration: From _____(YYYY) ____(MM) ____(DD)  To _____(YYYY) ____(MM) ____(DD)
- Execution Date: _____(YYYY) ____(MM) ____(DD)

(7) Renewal agreement [ ]
- Previous rent: Deposits — USD ; Monthly — USD
- Renewal rent: Deposits — USD ; Monthly — USD
- Agreement term: From _____(YYYY) ____(MM) ____(DD)  To _____(YYYY) ____(MM) ____(DD)
- Execution Date: _____(YYYY) ____(MM) ____(DD)

(8) Whether to exercise the right to request contract renewal pursuant to Article 6-3 of the Residential Lease Protection Act     [ ] Exercise     [ ] Non-Exercise

"Pursuant to Article 6.2 of the Act on Notification of Real Estate Transactions, etc., and Article 6.2 of the Enforcement Rules of the same Act, we report the specifics of the residential lease agreement as above.

_____(YYYY) ____(MM) ____(DD)

Declarant:
- Lessor: *Residence Co-Living Co., Ltd. Jung A. Bae*   (signature or seal to be affixed)
  [seal affixed: Representative Director, Residence Co-Living Co., Ltd.]
- Lessee:   (signature or seal to be affixed)
  [*seal affixed*: Representative Executive Officer, Hanon Systems Co., Ltd.]
- Submitter:   (signature or seal to be affixed)
  (When submitting on behalf of a principal)

**Mayor/Township Head/District Head** (head of town, sub-town, subdivision or branch office)

# CERTIFICATION OF TRANSLATION

## and

# DECLARATION

State of California           )
                              )     S. S.
Los Angeles County            )

      I, Soomi Ko, the undersigned, declare that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated the document below from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare that the foregoing is true and correct.

**Description of Translated Documents**

Real Estate Purchase and Sale Agreement and Lease Agreement
(Pages 1-3, 7, 8, 10, 23, and 24 only)

Executed on February 25, 2025

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages

KO & MARTIN Certified Interpreters and Translators www.komartin.com  (213) 999-7848