JAE K. PARK (SBN 234474)
jae.park@dentons.com
SARAH H. PARK (SBN 357804)
sarah.park@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone:  213 623 9300
Facsimile:   213 623 9924

Attorneys for Petitioner
HANON SYSTEMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | **Case No. 5:25-mc-00002-SSS (DTBx)** |
| | **PETITIONER'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE DISMISSAL** |
| Ex Parte Application of HANON SYSTEMS for an Order Under 28 U.S.C. §1782 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CA 90017
213 623 9300

-1-

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGENES, CA 90017
213 623 9300

1    Petitioner Hanon Systems ("Hanon Systems"), in response to the Court's

2    Order to Show Cause Why the Case Should Not Be Dismissed dated May 15, 2025

3    ("Order"), respectfully requests that the Court not dismiss the case for at least

4    another 90 days. Hanon Systems anticipates that additional activity will occur in the

5    case and Court assistance may be needed in connection with the same. Accordingly,

6    Hanon Systems requests that the Court not dismiss the case, and instead, continue

7    the date to submit a response to the Order from May 30, 2025 to August 29, 2025.

8    Hanon Systems appreciates the Court's and Magistrate Judge Bristow's

9    prompt attention to Hanon Systems' application and to the status of this case.

10

11   Dated:  May 28, 2025                    Respectfully submitted,

12                                           DENTONS US LLP

13

14                                           By:    /s/Jae K. Park
                                                    JAE K. PARK
15                                                  SARAH H. PARK

16                                           Attorneys for Petitioner
                                             HANON SYSTEMS
17

18

19

20

21

22

23

24

25

26

27

28

-2-