1 | JAE K. PARK (SBN 234474)
  | jae.park@dentons.com
2 | SARAH H. PARK (SBN 357804)
  | sarah.park@dentons.com
3 | DENTONS US LLP
  | 601 South Figueroa Street, Suite 2500
4 | Los Angeles, California 90017
  | Telephone: 213 623 9300
5 | Facsimile:  213 623 9924

6 | Attorneys for Petitioner
  | HANON SYSTEMS
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | **Case No. 5:25-MC-00002-SSS (DTBx)** |
| Ex Parte Application of HANON SYSTEMS for an Order Under 28 U.S.C. §1782 | **PETITIONER'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE DISMISSAL** |

-1-

Petitioner Hanon Systems ("Hanon Systems"), in response to the Court's Order to Show Cause Why the Case Should Not Be Dismissed dated May 15, 2025 ("OSC"), modified pursuant to the Court's Minute Order dated June 10, 2025, respectfully requests that the Court not dismiss the case for at least 90 days.

## BACKGROUND

Hanon Systems is a victim of a fraudulent scheme orchestrated by one of Hanon Systems' former executives. Hanon Systems has suffered over US$5,000,000 in damages as a result of the scheme, and has filed a criminal complaint with the Seoul Western District Prosecutor's Office requesting that the facts be investigated and criminal charges be made. The Seoul Western District Prosecutor's Office's investigation is ongoing, and is expected to last at least several months.

Hanon Systems initiated these proceedings in an effort to secure evidence in the United States and this judicial district to support Hanon Systems' criminal complaint and to submit evidence to the Seoul Western District Prosecutor's Office for their consideration.

## PROCEDURAL HISTORY

Hanon Systems initiated this proceeding on February 28, 2025 by filing its ex parte application for leave to conduct discovery under 28 U.S.C. section 1782. (Dkt. #1.) On March 14, 2025, the Court granted Hanon Systems' ex parte application. (Dkt. #4.)

On May 15, 2025, the Court issued the OSC, and Ordered Hanon Systems to submit a response by May 30, 2025. (Dkt. #5.)

On May 28, 2025, Hanon Systems submitted a response to the OSC, requesting that the Court not dismiss the case for at least another 90 days. (Dkt. #6.)

On June 10, 2025, the Court granted Hanon Systems' request in part, and extended the May 30, 2025 deadline to submit a response to the OSC to July 30, 2025. (Dkt. #7.)

**REQUEST**

Hanon Systems respectfully requests that the Court not dismiss the case for at least another 90 days. Hanon Systems' request is based on the following:

- The legal proceedings in Korea remain pending. The Seoul Western District Prosecutor's Office's investigation into the matter is ongoing, and Hanon Systems is unable to predict or dictate the pace or timing of the investigation.

- In order to facilitate the investigation, and as permitted under Korean criminal procedure, Hanon Systems is conducting its own investigation and submitted supplemental briefs and over 100 pieces of evidence to the Seoul Western District Prosecutor's Office for their consideration.

- These investigation efforts are ongoing, and Hanon Systems' legal counsel in Korea is actively searching for supporting evidence in Korea.

- Hanon Systems is also considering whether it will bring a civil action against the defendants, as well as the timing of such a claim.

- The effort to pursue the discovery in this judicial district and against the subpoena target Jung Anna Bae was delayed due to the above referenced efforts to focus first on securing supporting evidence in Korea and other evidence more readily accessible by Hanon Systems. Hanon Systems also engaged in efforts to informally resolve the dispute. Thus, the subpoena has only recently been served, and the date of Jung Anna Bae's deposition is set for August 4, 2025.

- Based on past attempts to informally secure Jung Anna Bae's cooperation, Hanon Systems expects that Jung Anna Bae will not cooperate, and that a motion to compel compliance with the subpoena will likely be necessary.

Accordingly, Hanon Systems requests that the Court not dismiss the case.

Dated: July 22, 2025

Respectfully submitted,

DENTONS US LLP

By: */s/Jae K. Park*
JAE K. PARK
SARAH H. PARK

Attorneys for Petitioner
HANON SYSTEMS
DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017
213 623 9300