UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-mc-00002-SSS-DTB | Date | November 7, 2025 |
| Title | *In re Application of Hanon Systems* | | |

Present: The Honorable     SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):
None Present                             None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED [DKT. NO. 9]**

On August 4, 2025, the Court discharged the Order to Show Cause as to why the case should not be dismissed when Plaintiff filed his written response regarding pending discovery disputes in the case. [*See* Dkt. Nos. 8, 9]. The Court's August 4, 2025 Order granted Plaintiff's request to postpone dismissal of this case, and ordered Plaintiff to provide an update to the Court regarding the case status by October 29, 2025. [Dkt. No. 9]. Plaintiff has not submitted an update to the Court at this time.

Accordingly, Plaintiff is hereby **ORDERED** to show cause why this case should not be dismissed. Plaintiff is ordered to submit a response to this Order by **November 21, 2025**. Failure to respond to this Order will result in dismissal of the action.

**IT IS SO ORDERED.**